# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　v.<br><br>[1] EUGENIO GARCIA JIMENEZ; et. al.<br>　　　Defendant. | Criminal No. 21-82(ADC) |

### United States' Motion Requesting Order

**TO THE HONORABLE COURT:**

**COMES NOW** the United States of America and very respectfully states and prays:

1.　　Defendants [1] Eugenio Garcia Jimenez; [2] Stephen Kirkland; [3] Steve Minger; and [5] Joseph Kirkland were all arrested outside of this jurisdiction. The initial appearances have taken place in the districts of arrest. Accordingly, the United States requests an order assigning, if appropriate, counsel to these four defendants and setting arraignment for each via video conferencing, subject to defendants' consent.

**WHEREFORE**, the United States respectfully prays the Court schedule the arraignments of the four defendants above mentioned and if appropriate, assign counsel in the event defendants are unable to retain counsel.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 29th day of March, 2021.

W. STEPHEN MULDROW
United States Attorney

*/s/ Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney 218011
Torre Chardón, Suite 1201
350 Carlos Chardón Street
Hato Rey, PR 00918
Tel.(787) 766-5656/Fax.(787) 771-4050
Myriam.Y.Fernandez@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/ Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez – 218011
Assistant U.S. Attorney
Torre Chardón, Room 1201
350 Carlos Chardón Ave.
San Juan, P.R. 00918
Tel.:(787) 766-5656/Fax: (787) 766-5326
Email: myriam.y.fernandez@usdoj.gov
