IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NO. 21-82(ADC) |
| [1] EUGENIO GARCIA JIMENEZ, et. al., | |
| Defendant. | |

**Acknowledgment of Protective Order**

I, _____, hereby state that I fully understand and acknowledge the following provisions:

(1) I have reviewed and understand, or have been advised of and understand, the prohibitions of conveying any information to any other person or entity and the consequences of such an unauthorized disclosure contained in the Protective Order signed by United States District Judge _____ in Case No. _____, which has been filed under seal;

(2) I agree to fully comply with all the provisions of the Protective Order;

(3) I understand that this document, in executed form, must be filed with the Court prior to my receipt of any discovery material in this case and prior to any of the disclosures contemplated in the Protective Order;

(4) in the event I disclose any discovery material or the substance of any discovery material regarding this case in violation of the Protective Order, I am subject to sanctions to be imposed at the discretion of the Court.

                                                                  _____
                                                                  Title:_____
                                                                  Printed Name: _____

Executed this _____ day of _____, 2021.