Hearing set for 3:30 PM
Hearing start 3:30 PM
Hearing ended 3:43 PM

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE AIDA DELGADO COLON, U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Cristina Dones Taylor       Date: March 29, 2022
Court Reporter: Amy Walker       Case: 21-cr-082 (ADC)

Attorneys:

UNITED STATES OF AMERICA       AUSA Myriam Fernández

v.

(1) Eugenio Garcia-Jimenez       AFPD Carlos A. Vázquez
(2) Stephen Kirkland       Laura Maldonado, Esq.  substituted by Giovanni Canino
(3) Steve Minger       Giovani Canino, Esq.
(4) Alejandro Riera-Fernandez       Diego Alcalá, Esq.
(5) Joseph Kirkland       Benito I. Rodríguez, Esq.
(6) Arnaldo J. Irizarry-Irizarry       Juan E. Alvarez, Esq.
(7) Roberto Mejill-Tellado       Carlos J. Andreu, Esq.

Case called for Pretrial Conference:

The Government informed the Court there is no pending discovery and plea offers have been tendered. Parties are engaged in plea negotiations; the Government is open to consider counteroffers. The Government estimates 3 weeks of trial, approximately 30 witnesses (25 fact witnesses, 1 or 2 experts and bank record custodians). Plea offers available until 45 days prior to trial.

The parties informed the following as to each defendant:

**Eugenio Garcia-Jimenez (1):** Discovery has been reviewed with the defendant. A counteroffer will be sent to the Government. Additional time was requested.

**Stephen Kirkland (2):** The defendant has filed a COP motion. Hearing will be set for 5/13/2022. Motions at dockets [146] and [147] are granted.

**Steve Minger (3):** Plea negotiations are ongoing. A counteroffer will be tendered to the Government. Parties are close to reaching an agreement.

21-CR-082 (ADC)
USA v. García-Jimenez et al

**Alejandro Riera-Fernandez (4):** Plea negotiations are ongoing. A counteroffer has been tendered to the Government.  A respond is due by 4/01/2022.

**Joseph Kirkland (5):** Defense counsel stated that since a joint defense is now no longer feasible, they will make a determination on how they will move forward.

**Arnaldo J. Irizarry-Irizarry (6):** Defense counsel will meet with the Government within 10 days and will inform the Court as to how they will proceed.

**Roberto Mejill-Tellado (7):** Parties held a meeting 2 weeks ago.  A final offer was received, and it is being considered.  Parties are close to reaching an agreement.

After having heard the parties, the Court set the following settings and deadlines:

1- Parties are granted until 4/29/20232 to conclude plea negotiations.
2- Change of Plea motions due by 5/13/2022.
3- Possible Jury Trial setting: 7/11/2022 to 7/29/2022, alternate date 9/5/2022 to 9/30/2022. The same will be set on the next pretrial conference.

Pretrial conference is set for May 17, 2022, at 1:00 PM via VTC.

*S/ Cristina Dones-Taylor*
Courtroom Deputy Clerk for
U.S. District Judge Aida M. Delgado Colón